# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:09-cr-146 |
| ) | |
| v. ) | |
| ) | Judge Mattice/Lee |
| ) | |
| LINDA TICKLE ) | |

## INDICTMENT

## COUNT ONE

The grand jury charges that in or about October 2006, in the Eastern District of Tennessee, the defendant, LINDA TICKLE, while an indirect employee of Machinist Local 56, Chattanooga, Tennessee, a labor organization engaged in an industry affecting commerce as defined by §§ 402(i) and 402(j) of Title 29, United States Code, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the funds, property, and assets of the Machinist Local 56 in the approximate amount of $2,000; all in violation of Title 29, United States Code, § 501(c).

## COUNT TWO

The grand jury charges that beginning in or about September, 2004 and continuing until on or about May 8, 2007, in the Eastern District of Tennessee, the defendant, LINDA TICKLE, while an indirect employee of Machinist Local 1458, Chattanooga, Tennessee, a labor

organization engaged in an industry affecting commerce as defined by §§ 402(i) and 402(j) of Title 29, United States Code, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the funds, property, and assets of the Machinist Local 1458 in the approximate amount of $28,173.27; all in violation of Title 29, United States Code, § 501(c).

A TRUE BILL:

 **Grand Jury Foreperson**
GRAND JURY FOREPERSON

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By:  **/s/ James T. Brooks**
James T. Brooks
Assistant U.S. Attorney